IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON NOWDEN                                                PLAINTIFF

v.                          No. 4:13-cv-661-DPM

RETIREMENT CENTER OF ARKANSAS                  DEFENDANT

JUDGMENT

Motion to proceed *in forma pauperis*, № 1, denied as moot. Nowden's complaint is dismissed without prejudice as premature. № 4.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 December 2013